THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DAVID C. AUGUSTINE, Defendant-Appellant.

(No. 72-42;

Second District—June 28, 1972.

Opinion by Mr. JUSTICE ABRAHAMSON.

Frank Wesolowski, Jr., Public Defender, of Wheaton, (Robert H. Heise, Assistant Public Defender, of counsel,) for appellant.

William V. Hopf, State's Attorney, of Wheaton, for the People.